IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREG ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-3157-K |
| | § | |
| CHASE BANK and SELECT | § | |
| PORTFOLIO SERVICING, INC., | § | |
| | § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since the plaintiff has not timely filed an amended complaint as allowed by the recommendation, *Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint*, filed September 10, 2014 (doc. 5), and *Defendant Select Portfolio Servicing, Inc.'s Motion to Dismiss*, filed October 15, 2014 (doc. 8) are **GRANTED**.

By separate judgment, the plaintiff's claims against the defendants will be DISMISSED with prejudice.

**SO ORDERED**

Signed May 7th, 2015.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE